IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLARENDON NATIONAL
INSURANCE COMPANY, a New
Jersey Corporation, and
AMERICAN HALLMARK INSURANCE
COMPANY OF TEXAS, a Texas Corporation,

    Plaintiffs/Counterdefendants

vs.                                             No. CIV 09-294 LH/RHS

WHEELER PEAK, LLC, an Illinois
Limited Liability Company and
KEITH GILES,

    Defendants/Counterclaimants.
_____

WHEELER PEAK, LLC, an Illinois
Limited Liability Company and
KEITH GILES,

    Defendants/Third-Party Plaintiffs,

vs.

WHEELER PEAK CONDO ASSOCIATION,
MELISSA DEVER-RIVERA, CARL DAVIS and
LISA DAVIS, husband and wife, DAVID BORNS,
ROY DIKLICH and KATHY DIKLICH, husband and
wife, KENT NIX and ANGELA NIX, husband and wife,
JOSEPH FORBESS and LISA FORBESS, husband and
wife, TED GALANTHAY and PHYLLIS GALANTHAY,
husband and wife,

    Third-Party Defendants.

**ORDER OF DISMISSAL**

    **This Matter**, comes before the Court on the Unopposed Motion to Dismiss filed by

Clarendon National Insurance Company and American Hallmark Insurance Company of Texas,

pursuant to Fed.R.Civ.P. 41(a)(2).  This Court, having reviewed the Motion, and having determined that it is unopposed, hereby dismisses all claims that have been asserted in this case with prejudice.

_____
UNITED STATES DISTRICT JUDGE